# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHAD SEAN TWO HEARTS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-108 |
| | * | |
| v. | * | |
| | * | |
| WARDEN D. EDGE; CHAPLIN KEN HARRIS; OFFICER HOWELL; and OFFICER WEBBER, | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 23. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendant Edge and his monetary damages claims against Defendants in their official capacities. Plaintiff's First Amendment and Religious Freedom Restoration Act claims against Defendants Harris, Howell, and Webber remain

pending. Id.; Dkt. No. 24.

**SO ORDERED**, this 14 day of June, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2